FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYNTRELL TREVYONE JACKSON (a.k.a. SINISTER DAEVAYASNAHAM GOD), <br><br> Plaintiff, <br><br> v. <br><br> SHAWNA PATZKOWSKI, DEANNA BAKER, ALISA RIDENOUR, MELANIE ROMINE, SAMMI MUECKE, LONNIE ROBERTS, TANNER MINK, ROY GONZALES, TRACY SNYDER (SCHNEIDER), JONI AIYEKU, FRED IVEY, ANTONIO GONZALES, DONALD HOLBROOK, STEVEN SUNDBURG, CARLA SCHETTLER, DONALD. CALDWELL, SCOTT BUTTICE, DONNA L. HUBBS, TIM THRASHER, JANE DOE (DONNA L. HUBBS' DAUGHTER), JOHNATHAN DUNLEAVY, CHARLES PEACE, and JUDGE SALVADOR MENDOZA, JR., <br><br> Defendants. | No. 4:18-CV-05069-SMJ <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Before the Court, without oral argument, is Plaintiff Kyntrell Trevyone Jackson's Motion to Voluntarily Dismiss Complaint, ECF No. 32, and Motion to Waive Collection of Filing Fee, ECF No. 33. Defendants have not been served in this

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

action. Having reviewed the file in this matter, the Court finds good cause to grant the motions.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 32**, and Motion to Waive Collection of Filing Fee, **ECF No. 33**, are **GRANTED**.

**2.** All claims are **DISMISSED WITHOUT PREJUDICE**.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**6.** The institution having custody of Plaintiff shall cease collection of the filing fee in this matter, case number **4:18-CV-05069-SMJ**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Plaintiff and the Office of the **Washington State Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, Washington 98504-1107**, to forward to the appropriate agency having custody of Plaintiff. The Clerk's Office shall also provide a copy of this Order to the Financial Administrator for the United States District Court for the Eastern District of Washington.

**DATED** this 15th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2